IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01741-PAB

**OVERHEAD SOLUTIONS, INC. D/B/A A1 GARAGE DOORS,** a Colorado corporation,

    Plaintiff,

v.

**A1 GARAGE DOOR SERVICE, L.L.C.,** an Arizona limited liability company,

    Defendant.

---

**DEFENDANT'S MOTION TO STRIKE (DKT. 150) PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF ERRATA CONCERNING DEFENDANT'S MISSTATEMENTS OF CITED AUTHORITY**

---

    Defendant A1 Garage Door Service, L.L.C. ("Defendant") by and through its undersigned attorneys, hereby moves to strike (Dkt. 150) Plaintiff's Response to Defendant's Notice of Errata ("Response").

**CERTIFICATION:** Pursuant to D.C.COLO.LCivR. 7.1, Counsel for Defendant has contacted counsel for Plaintiff and explained the nature of the present motion and its legal basis. Plaintiff's counsel advised they will oppose.

    Plaintiff has cited no authority for this improper Response. *See* D.C.COLO.LCivR 7.1(d). Further, there is nothing in the Federal Rules of Civil Procedure or Colorado Local Rules of Civil Procedure that allows a response to a notice. Plaintiff is clearly confusing or trying to blur the lines between notices and motions. FRCP Rule 7(b) explains motions. Furthermore, FRCP Rule 61 dictates that a court must ignore errors unless the error "is ground for granting a new trial, for setting aside a verdict, or for vacating, modifying, or otherwise disturbing a judgment or order."

1

Plaintiff has not identified one of these grounds in the Response. As such, the Response (Dkt. 150) should be stricken as improper according to FRCP Rule 61 and being not authorized by any rule or statute.

RESPECTFULLY SUBMITTED this 16th day of December, 2020.

**COPPER CANYON LAW, LLC**
By: /s/ Timothy F. Coons
Timothy F. Coons
43 East 1st Avenue
Mesa, AZ 85210
Ph: (480) 833-3838
Fax: (480) 833-3837
Timothy@coppercanyonlaw.com

and

**BROWN PATENT LAW**
By: /s/ Nathan Brown
Nathan Brown
15100 N. 78th Way, Suite 203
Scottsdale, AZ 85260
Ph: (602) 529-3474
Nathan.Brown@BrownPatentLaw.com
*Attorneys for Defendant/Counter Claimant*
*A1 Garage Door Service, L.L.C*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Daniel T. Goodwin
Shirin Chahal
Paige Orgel
Law Office of Daniel T. Goodwin
10901 West 120th Avenue, Suite 350
Broomfield, CO 80021
dangoodwin@danieltgoodwin.com
shirinchahal@danieltgoodwin.com
paigeorgel@danieltgoodwin.com
*Attorneys for Plaintiff*

2

Mark L. Sabey
Hall, Render, Killian, Heath & Lyman, PC
999 17th Street, Suite 800
Denver, CO 80202
marksabey@hallrender.com
*Co-Counsel for Defendant*

                                                                        */s/  Crystal E. Latz*